```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
KALEEF HARRIS, ELVIS MONTERO,
TYRAN TROTTER, DERRICK SIMPKINS,
LEONARDO BROWN, PHILLIPE BERKOWITZ,
KEVIN FELDER, YAKEEM SPANN,
LAMELLE ROY, EARLE ROBERTS,
JUSTIN PONDER, TONY MARRERO,
ERIC GREEN, and JOEL FARRELL,

                Plaintiffs,

          - against -

THE CITY OF NEW YORK, DEPARTMENT
OFCORRECTIONS, CORRECTION OFFICER
CAPTAIN JEWEL MADURO, and CORRECTION
OFFICERS JOHN DOES NUMBERS ONE
THROUGH TEN,

                Defendants.
----------------------------------X
```

**ORDER**

20 Civ. 6779 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** this action was removed to this Court pursuant to 28 U.S.C. § 1441 solely on the basis of federal question jurisdiction; and

    **WHEREAS** plaintiffs filed an amended complaint withdrawing all claims arising under federal law, it is hereby

    **ORDERED** that pursuant to 28 U.S.C. § 1447(c) this case is remanded to the court from which it was removed, the Supreme Court of the State of New York, New York County; and it is further

1

**ORDERED** that pursuant to 28 U.S.C. § 1447(c) the Clerk of Court shall mail a certified copy of this order to the Supreme Court of the State of New York, New York County and shall close the case on the docket of this Court.

Dated:   New York, New York
         September 4, 2020

                                            _____
                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE